# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/28/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Ron England
dba Worldwide Aquatics
41−653 Poalima Street
Waimanalo, HI 96795−1352

| Case Number:<br>11−00515 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4878 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Lars Peterson<br>Law Office of Lars Peterson, LLLC<br>1188 Bishop Street Ste. 3107<br>Century Square<br>Honolulu, HI 96813<br>Telephone number:  808 469−4300 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number:  808.232.8788 |

## Meeting of Creditors

Date:  **April 6, 2011**                Time:  **02:00 PM**
Location:  **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/6/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number:  (808) 522−8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:00 PM | Date:  2/28/11 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

## Refer to Other Side for Important Deadlines and Notices

In re:                                                          Case No. 11-00515-rjf
William Ron England                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0975-1        User: lisa           Page 1 of 2            Date Rcvd: Feb 28, 2011
                           Form ID: b9a          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
```
db              William Ron England,   41-653 Poalima Street,   Waimanalo, HI  96795-1352
1075240         BAC Home Loans LP/Countrywide,   450 American St.,   Simi Valley, CA 93065-6285
1075241        +Becket & Lee LLP,   P.O. Box 3001,  Malvern, PA 19355-0701
1075243         Central Pacific Bank,   Special Credits,   P.O. Box 3590,   Honolulu, HI 96811-3590
1075245        +Clay Chapman Iwamura Pulice Nervell,   700 Bishop Street Suite 2100,   Honolulu, HI 96813-4120
1075246        +David B. Rosen, Esq.,   Law Ofc. of David B. Rosen, ALC,   810 Richards St. Ste. 880,
                Honolulu, HI 96813-4734
1075247         Department of Taxation,   State of Hawaii-Bankruptcy Unit,   P.O. Box 259,
                Honolulu, HI 96809-0259
1075248        +Diganostic Laboratory Services, Inc,   1029 Kapahulu Ave. Ste. 304,   Honolulu, HI 96816-1332
1075250        +Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
1075253         Genpact Services LLC,   PO Box 1969,   Southgate, MI 48195-0969
1075254        +IKON Financial Services,   1738 Bass Road,   Macon, GA 31210-1043
1075256         Law Offices of Marvin S.C. Dang LLC,   P.O. box 4109,   Honolulu, HI 96812-4109
1075258        +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
1075257         Nationwide Credit, Inc.,   1150 E University Dr. First Floor,   Tempe, AZ 85281-8674
1075259         Northern Leasing Systems Inc.,   132 West 31st Street 14th Floor,   New York, NY 10001-3405
1075260        +S. Kido & Company, Inc.,   PO Box 3109,   Honolulu, HI 96802-3109
1075262         Sunny Aquarium Company,   14 Lim Chu Kang Lane 9A,   Singapore 718879
1075263         Tung Hoi Aquarium Company,   Rm5,2/F.NO 15-21 Wong Chuk Yeung St,   Sha Tin, N.T.,   Hong Kong
1075249       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Services,   PO Box 108,   Saint Louis, MO 63166-9801)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: lars@petersonlawhawaii.com Mar 01 2011 02:41:18     Lars Peterson,
                Law Office of Lars Peterson, LLLC,   1188 Bishop Street Ste. 3107,   Century Square,
                Honolulu, HI 96813-3313
tr             +EDI: QDSFIELD.COM Feb 28 2011 23:38:00     Dane S. Field,   P.O. Box 4198,
                Honolulu, HI 96812-4198
1075239        +EDI: AMEREXPR.COM Feb 28 2011 23:38:00     Amex,   PO Box 297871,
                Fort Lauderdale, FL 33329-7871
1075242        +EDI: CAPITALONE.COM Feb 28 2011 23:38:00     Capital One,   P.O. Box 30281,
                Salt Lake City, UT 84130-0281
1075244        +EDI: CHASE.COM Feb 28 2011 23:38:00     Chase,   Bank One Card Services,   PO Box 15298,
                Wilmington, DE 19850-5298
1075251        +EDI: FORD.COM Feb 28 2011 23:38:00     Ford Motor Credit,   POB 542000,   Omaha, NE 68154-8000
1075252         EDI: RMSC.COM Feb 28 2011 23:38:00     GE Money Bank/Lowe's,   PO Box 103065,   Roswell, GA 30076
1075255         E-mail/Text: info@jawpc.net Mar 01 2011 02:41:26     Law Offices of James A. West P.C.,
                6380 Rogerdale Road, Suite 130,   Houston, TX 77072-1647
1075261        +EDI: SEARS.COM Feb 28 2011 23:38:00     Sears/CBSD,   PO Box 6241,   Sioux Falls, SD 57117-6241
1075264        +EDI: WFFC.COM Feb 28 2011 23:38:00     Wells Fargo,   Business Direct Operations,   PO Box 348750,
                Sacramento, CA 95834-8750
1075265        +EDI: WFFC.COM Feb 28 2011 23:38:00     Wells Fargo Bank NV N.A.,   PO Box 31557,
                Billings, MT 59107-1557
                                                                               TOTAL: 11
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2011                    Signature:      *Joseph Speetjens*